# United States Court of Appeals
## For the First Circuit

No. 01-2010

NATHANIEL TRULL, PPA DAVID TRULL AND DAVID TRULL
ADMINISTRATOR OF THE ESTATE OF BENJAMIN TRULL,

Plaintiffs, Appellees,

v.

VOLKSWAGEN OF AMERICA, INC. and VOLKSWAGEN, AG,

Defendants, Appellants.

ERRATA SHEET

The opinion of this Court issued on November 14, 2002 is amended as follows:

Page 3, line 5-6:  Insert <u>Inc.,</u> after <u>Volkswagen of Am.</u>